**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Donald Ray GRAYSON, Defendant–
Appellant.**

No. 02–7523.

United States Court of Appeals,
Fourth Circuit.

Submitted Dec. 19, 2002.

Decided Jan. 7, 2003.

Donald Ray Grayson, Appellant Pro Se. Douglas Scott Broyles, Assistant United States Attorney, Charlotte, North Carolina, for Appellee.

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Donald Ray Grayson seeks to appeal the district court's order denying relief on his motion filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and conclude for the reasons stated by the district court that Grayson has not made a substantial showing of the denial of a constitutional right. *See United States v. Grayson,* Nos. CR–99–61; CA–01–213 (W.D.N.C. filed Sept. 17, 2002 & entered Sept. 18, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*